# IN UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Misc. Docket No. _____

KB Oreo, LLC, formerly operating as Oreo Corp.,
an Ohio corporation,

      Plaintiff,

v.

Lawrence J. Winnerman, Sanford B. Winnerman, and
WW Centennial Hills, LLC.,

      Defendants.

## PLAINTIFF'S MOTION TO COMPEL ANSWERS TO POST-JUDGMENT DISCOVERY

NOW COMES Plaintiff, KB Oreo, LLC, formerly operating as Oreo Corp., an Ohio corporation, ("KB Oreo"), by and through its undersigned counsel, and pursuant to Rule 37 of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an Order compelling answers to Plaintiff KB Oreo, LLC's First Set of Post-Judgment Interrogatories to Lawrence Winnerman. As grounds in support of this motion, Plaintiff refers to the affidavit attached hereto and incorporated by reference herein.

                                                        Respectfully submitted,

Date: May 6, 2020                                */s/ Dafney Dubuisson Stokes*
                                                        **Dafney Dubuisson Stokes, Esq.**
                                                        WONG FLEMING
                                                        821 Alexander Road, Suite 200
                                                        Princeton, New Jersey 08540
                                                        Telephone: (609) 951-9520
                                                        FAX: (609) 951-0270
                                                         Email: dstokes@wongfleming.com

2

*Attorneys for Plaintiff KB Oreo, LLC,
formerly operating as Oreo Corp., an Ohio
corporation.*

## NOTICE OF HEARING ON MOTION

TO:   Kevin S. Neiman, Esq.
      Law Offices of Kevin S. Neiman, PC
      999 18th Street, Suite 1230 S
      Denver, CO 80202
      *Attorney for Defendant/Judgment
      Debtor Lawrence J. Winnerman, et al.*

      Eric J. Voogt, Esq.
      Glade, Voogt, Lopez, Smith PC
      1800 Gaylord Street
      Denver, CO 80206
      *Attorney for Defendant/Judgment
      Debtor Lawrence J. Winnerman, et al.*

**PLEASE TAKE NOTICE** that the undersigned will present for hearing the within Plaintiff's Motion to Compel Answers to Post-Judgment Interrogatories and Request for Production of Documents before the District Court for the District of Colorado, Alfred A. Arraj United States Court House, Room A105, on _____, or as soon thereafter as counsel can be heard.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: May 6, 2020 | */s/ Dafney Dubuisson Stokes*<br>**Dafney Dubuisson Stokes, Esq.**<br>WONG FLEMING<br>821 Alexander Road, Suite 200<br>Princeton, New Jersey 08540<br>Telephone: (609) 951-9520<br>FAX: (609) 951-0270<br>Email: dstokes@wongfleming.com<br>*Attorneys for Plaintiff KB Oreo, LLC, formerly operating as Oreo Corporation, an Ohio corporation.* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion to Compel Answers to Post-Judgment Interrogatories and Request for Production of Documents, Notice of Hearing on Plaintiff's Motion to Compel Answers to Post-Judgment Interrogatories and Request for Production of Documents, Affidavit in Support of Plaintiff's Motion to Compel Answers to Post-Judgment Interrogatories and Request for Production of Documents and this Certificate of Service was served upon the attorney for the Defendant Lawrence J. Winnerman by regular first-class mail postage pre-paid at the following address:

TO:  Kevin S. Neiman, Esq.
      Law Offices of Kevin S. Neiman, PC
      999 18th Street, Suite 1230 S
      Denver, CO 80202
      *Attorney for Defendant/Judgment*
      *Debtor Lawrence J. Winnerman, et al.*

TO:  Eric J. Voogt, Esq.
      Glade, Voogt, Lopez, Smith PC
      1800 Gaylord Street
      Denver, CO 80206
      *Attorney for Defendant/Judgment*
      *Debtor Lawrence J. Winnerman, et al.*

Date: May 6, 2020

*/s/ Dafney Dubuisson Stokes*
**Dafney Dubuisson Stokes, Esq.**
WONG FLEMING
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Telephone: (609) 951-9520
FAX: (609) 951-0270
Email: dstokes@wongfleming.com
*Attorneys for Plaintiff KeyBank National Association, assignee to Oreo Corp.*